UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>Ricardo Zepeda-Navarro | **Docket No.** 1:18-CR-00246-DAD-BAM-4<br>**Federal Charges**: 21 USC 846,841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Methamphetamine (Pled Guilty) |

**COMES NOW,** Ryan Beckwith, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Ricardo Zepeda-Navarro, who was placed on bond by the Honorable Dale A. Drozd sitting in the Court at Fresno, California, on April 17, 2020, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1. You must not violate federal, state, or local law while on release. 2. You must report any contact with law enforcement to your PSO within 24 hours. 3. You must comply with the active protective order, which is set to expire on November 9, 2020.

**ALLEGED VIOLATION CONDUCT:** On May 11, 2020, the defendant was arrested in Kern County for Inflicting Corporal Injury to Spouse/Cohabitant and Willful Cruelty to Child. The alleged victim in this matter was the subject of the domestic violence criminal protective order. The defendant never reported this arrest to Pretrial Services. Pretrial Services has received a copy of the police report.

**PRAYING THAT THE COURT WILL ORDER** this matter be placed on the Duty Magistrate's calendar on, November 5, 2020, at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Ryan Beckwith
Dated: October 30, 2020           U.S. Pretrial Services Officer

**ORDER**

☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
☐ The Court hereby orders this ex parte motion and order be sealed.
☐ The Court orders a summons be issued with an appearance date of          .
☒ The Court hereby orders this matter placed on the Duty Magistrate's calendar on, November 5, 2020, at 2:00 p.m., and orders the Pretrial Services officer to contact the defendant and/or attorney of record to advise them of said order.
☐ The Court orders no action be taken.
☒ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

B. McAuliffe
Dated: October 30, 2020           UNITED STATES DISTRICT JUDGE