IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RICARDO ZEPEDA-NAVARRO,<br><br>　　　　　Defendant. | Case No. 1:18-cr-00246-DAD-BAM<br><br>ORDER FOR DEFENDANT TO SELF-SURRENDER |

　　On November 5, 2020, Defendant was detained following arraignment on a petition for pretrial supervised release. Defendant agreed to self-surrender to the Kern County Sheriff Lerdo Detention Facility not later than 9:00 p.m. on November 5, 2020.

　　IT IS HEREBY ORDERED that the defendant Ricardo Zepeda-Navarro shall self-surrender to the Kern County Sherriff Lerdo Detention Facility not later than 9:00 p.m. on November 5, 2020.

IT IS SO ORDERED.

　　Dated:　__November 5, 2020__　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE