AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:18-cr-00246-DAD-BAM   Document 311   Filed 05/24/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 1:18-CR-00246 DAD-BAM |
| RICARDO ZEPEDA-NAVARRO | ) |
| | ) USM No: 77828-097 |
| Date of Original Judgment: 02/01/2021 | ) |
| Date of Previous Amended Judgment: | ) PEGGY SASSO |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   108   months **is reduced to**   97 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

If the amount of time served as of the effective date of the Court's Order exceeds 97 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.

Except as otherwise provided, all provisions of the judgment dated   02/02/2021   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/24/2024

*Dale A. Drozd*
*Judge's signature*

Effective Date: Ten days from the date of this order.
*(if different from order date)*

Dale A. Drozd
United States District Judge
*Printed name and title*