ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO ZEPEDA-NAVARRO,<br>Defendant. | CASE NO. 1:18-CR-00246-JLT<br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE<br>DATE: August 5, 2026<br>TIME: 2:30 PM<br>COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Status Conference on August 5, 2026 in front of the Honorable Christopher D. Baker. ECF # 327

2. On August 4, 2026, the US Probation and the government received additional discovery from the Delano Police Department including many hours of Body Worn Camera footage, photos, and additional reports. The government is currently working to process and produce the additional discovery to Defense Counsel. The government expects this process to be completed by August 5, 2026.

3. Defense Counsel has also been investigating these allegations and is still gathering mitigating information and evidence to provide the government.

4. As a result, Defense Counsel and the Government jointly request that the status

conference currently set for August 5, 2026 be continued to September 2, 2026 in order to allow time for Defense Counsel to review discovery, to gather additional mitigating information, to confer with the Defendant, and to discuss a resolution with the government and Probation.

5. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: August 4, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: August 4, 2026

/s/ BREANNE RUELAS
BREANNE RUELAS
Counsel for Defendant
RICARDO ZEPEDA-NAVARRO

**ORDER ON STIPULATION**

For good cause shown based upon the stipulation and representations of the parties, the Court orders the status conference currently set on August 5, 2026 be continued to September 2, 2026 at 2:30 PM.

IT IS SO ORDERED.

Dated: **August 4, 2026**

UNITED STATES MAGISTRATE JUDGE