UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO ZEPEDA-NAVARRO,<br>Defendant. | CASE NO. 1:18-CR-00246-JLT<br>UNITED STATES' ORDER FOR DISMISSAL OF PETITION<br>[Fed. R. Crim. P. 48(a)]<br>(Docs. 322, 334) |

**ORDER**

The Court hereby **ORDERS** the Supervised Release Violation Petition in case number 1:18-CR-00246-JLT, filed on March 24, 2026, is **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: _August 28, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE